**Affirmed and Memorandum Opinion filed February 20, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00998-CV

---

## IN THE INTEREST OF J.S., A CHILD,

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-05477**

---

## M E M O R A N D U M   O P I N I O N

Appellant, K.A.S., appeals a final decree signed October 8, 2013, terminating her parental rights to the child who is the subject of this suit. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be

advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). The *Anders* procedures are applicable to an appeal from the termination of parental rights when an appointed attorney concludes that there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

A copy of counsel's brief was delivered to appellant. On January 10, 2014, this court sent a copy of the record to appellant and notified her of the right to file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329–30. More than twenty-five days have elapsed and as of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices McCally, Donovan, and Busby.